904

No. 625. UNITED STATES v. MINKER. C. A. 3d Cir. Certiorari granted. *Solicitor General Soboloff* for the United States. *Jacob Kossman* for respondent.

No. 399, Misc. PENNSYLVANIA EX REL. HERMAN v. CLAUDY, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari granted. *Marjorie H. Matson* and *Herbert Monte Levy* for petitioner.

No. 587. G. & P. AMUSEMENT CO. v. REGENT THEATER CO. ET AL. C. A. 6th Cir. Certiorari denied. *Samuel T. Gaines* for petitioner. *Jerome N. Curtis* for the Regent Theater Co. et al.; and *Luther Day* for Warner Bros. Pictures Distributing Corporation et al., respondents.

No. 602. JAMOUNEAU v. HARNER ET AL. Supreme Court of New Jersey. Certiorari denied. Petitioner *pro se. Grover C. Richman, Jr.*, Attorney General of New Jersey, *Harold Kolovsky*, Assistant Attorney General, and *David M. Satz, Jr.*, Deputy Attorney General, for Richman, respondent.

No. 607. GRIMES v. MAYNARD ET AL. Court of Civil Appeals of Texas, Tenth Supreme Judicial District. Certiorari denied. *Harlan Grimes pro se. Tom M. Miller* for respondents.

No. 610. STOCKTON HARBOR INDUSTRIAL CO. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Valentine Brookes* and *Arthur H. Kent*